UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| WPBR ASSOCIATES, LLC, f/d/b/a | : | CASE NO. 10-90546-MHM |
| JAMES DORAN MERCHANT BANKERS, LLC, | : | |
| | : | |
| Debtor. | : | |

**CHAPTER 7 DIVIDEND DISTRIBUTION REPORT**

The approved final distributions in the above-styled case are:

Chapter 7 Administrative Claims:

| | APPLICANT'S NAME | ALLOWED AMOUNT OF CLAIM | AMOUNT PREVIOUSLY PAID | AMOUNT TO BE PAID |
|---|---|---|---|---|
| ADM1 | S. Gregory Hays (Commission) | $9,214.24 | $0.00 | $9,214.24 |
| ADM2 | S. Gregory Hays (Expenses) | $135.77 | $0.00 | $135.77 |
| ADM3 | James C. Frenzel, P.C. (Fees) | $56,130.00 | $47,110.00 | $9,020.00 |
| ADM4 | James C. Frenzel, P.C. (Expenses) | $181.63 | $98.98 | $82.65 |
| ADM5 | Hays Financial Consulting LLC (Fees) | $23,491.79 | $12,067.79 | $11,424.00 |
| ADM6 | Hays Financial Consulting LLC (Expenses) | $31.74 | $1.88 | $29.86 |

Timely Filed General Unsecured Claims:

| CLAIM NO. | CLAIMANT | ALLOWED AMOUNT OF CLAIM | AMOUNT PREVIOUSLY PAID | DIVIDEND AMOUNT |
|---|---|---|---|---|
| 2 | Akerman Senterfit | $42,945.40 | $0.00 | $130.27 |
| 3 | BCOM Real Estate Fund, LLC | $9,105,804.91 | $0.00 | $27,621.95 |

TOTAL AMOUNT DISBURSED ON THIS REPORT:   $57,658.74

**END OF DOCUMENT**

| Prepared and presented by: | Reviewed and approved by: |
|---|---|

Prepared and presented by:

   /s/
S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
3343 Peachtree Street, N.E.
Atlanta, Georgia 30326-1420
(404) 926-0060

Reviewed and approved by:

Guy G. Gebhardt
Acting United States Trustee
Region 21

*s/ Jeneane Treace* *
R. Jeneane Treace
Trial Attorney
GA Bar No. 7l6620
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 331-4437
jeneane.treace@usdoj.gov

*Signed by S. Gregory Hays, with express permission*